IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL BOUIE,

    Petitioner,           No. CIV S-07-1267 JAM DAD P

    vs.

D.K. SISTO, Warden,

    Respondent.        ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed a request for an extension of time to file objections to the court's April 16, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's April 28, 2008 request for an extension of time is granted; and

    2. Petitioner shall file objections to the court's April 16, 2008 findings and recommendations on or before June 6, 2008. Any reply shall be filed and served within ten days after service of the objections.

DATED: May 6, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:ak
boui1267.111obj