IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL BOUIE,

    Petitioner,                   No. CIV-S-07-1267 JAM DAD P

    vs.

D.K. SISTO, Warden,

    Respondent.                ORDER

_____/

        On April 16, 2008, the undersigned issued findings and recommendations, recommending that respondent's motion to dismiss be granted and that this action be dismissed with prejudice because petitioner's petition for writ of habeas corpus was filed beyond the one-year statute of limitations. Petitioner has filed a document styled "Declaration for Entry of Default." Petitioner appears to be under the mistaken impression that he is entitled to default judgment because respondent has not filed a reply to his objections to the pending findings and recommendations. Petitioner is advised that respondent has no obligation to file a reply to his objections. Nor does respondent have an obligation to serve an answer or other pleading at this time. In this regard, to the extent that petitioner believes he is entitled to default judgment, he is in error, and his "Declaration for Entry of Default" will be disregarded.

/////

1

1   Accordingly, IT IS HEREBY ORDERED that petitioner's August 8, 2008,
2   "Declaration for Entry of Default" (Doc. No. 23) is disregarded.
3   DATED: August 14, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
boui1267.def